1 **KAZEROUNI LAW GROUP, APC**
2 Ryan L. McBride, Esq. (SBN: 297557)
  ryan@kazlg.com
3 301 E. Bethany Home Road, Suite C-195
  Phoenix, AZ 85012
4 Telephone: (800) 400-6808
5 Facsimile: (800) 520-5523

6
  *Attorneys for Plaintiff,*
7 *Victoria Ramirez*

8
                    **UNITED STATES DISTRICT COURT FOR**
9                   **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTORIA RAMIREZ, Individually and On Behalf of All Others Similarly Situated,** | **Case No.:** 23-cv-00225-AJB-MSB |
| **Plaintiff,** | **NOTICE OF SETTLEMENT** |
| v. | |
| **ONSTAR, LLC,** | |
| **Defendant.** | |

19   **NOTICE IS HEREBY GIVEN** that Plaintiff Victoria Ramirez ("Plaintiff") and
20 Defendant OnStar, LLC ("Defendant") (together, the "Parties") have reached a
21 settlement in principle in the above-captioned action. The Parties request sixty (60)
22 days to finalize the settlement. Plaintiff anticipates filing a Notice of Voluntary
23 Dismissal with prejudice as to Plaintiff's individual claims and without prejudice as to
24 the claims of the putative class within sixty (60) days of the date of this notice.
25 //
26 //
27 //
28

- 1 -
NOTICE OF SETTLEMENT

The Parties respectfully request that all pending deadlines and hearing dates be vacated in light of the Parties' settlement.

Dated: May 15, 2023  Respectfully submitted,

**KAZEROUNI LAW GROUP, APC**

By: /s/ Ryan L. McBride
Ryan L. McBride, Esq.
*ATTORNEYS FOR PLAINTIFF*